UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

FILED

2006 OCT 19 A 11: 54

| UNITED STATES OF AMERICA | ) | CASE NUMBER: 3:06-CR-136 |
| v. | ) | |
| | ) | JUDGE: PHILLIPS/SHIRLEY |
| CHRISTOPHER FORESTER | ) | |

**ORDER**

On the petition of the United States of America by James R. Dedrick, United States Attorney for the Eastern District of Tennessee,

It is ordered that the Clerk of this Court be and hereby is instructed to issue a writ of habeas corpus ad prosequendum to the Sheriff, Sevier County Jail, Sevierville, TN, to bring **CHRISTOPHER FORESTER**, before this Court at Knoxville, Tennessee, on the 15th day of November, 2006 at 2:00 P.M. on that day, for an initial appearance, or for his case to be otherwise disposed of, and each day thereafter until said case is disposed of, and immediately thereafter be returned to said Sheriff, Sevier County Jail, Sevierville, TN.

And it is further ordered that, in the event the Sheriff, Sevier County Jail, Sevierville, TN, so elects, the United States Marshal for the Eastern District of Tennessee, or any other duly authorized United States Marshal or Deputy United States Marshal, is directed to

receive said CHRISTOPHER FORESTER, into his custody and transport him to and from said Sevier County Jail, Sevierville, TN, and this Court for the aforesaid purpose.

APPROVED FOR ENTRY:

_____
United States Magistrate Judge