# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| **v.** ) | **No. 3:06-CV-136** |
| ) | **(Phillips/Shirley)** |
| **CHRISTOPHER FORRESTER,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

It is hereby **ORDERED** that defendant's pro se letter requesting relief from the Court [Doc. 161] is **REFERRED** to the Honorable C. Clifford Shirley, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b) and the Rules of this Court, for disposition or for a report and recommendation as may be appropriate.

**ENTER:**

                    s/ Thomas W. Phillips
                United States District Judge