UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | No. 3:06-CR-136-05 |
| V. | ) | (PHILLIPS/SHIRLEY) |
| | ) | |
| CHRISTOPHER FORRESTER | ) | |

MEMORANDUM AND O R D E R

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(c) for disposition or report and recommendation regarding disposition by the district court as appropriate.

This matter came before the undersigned on August 6, 2007, for a motion hearing on defendant's pro se Letter/Motion Requesting Appointment of New Counsel [Doc. 161] on August 6, 2007. W. Brownlow Marsh, Assistant United States Attorney, was present representing the government and Charles T. Webber, Jr., was present representing the defendant. The defendant was also present.

Counsel for the defendant represented to the court that the defendant's pro se Letter/Motion for Reconsideration of Appointment of Counsel [Doc. 161] designed to review the appointment of counsel was no longer an issue and that he wished to have the Court issue an order which would moot the motion. The defendant stated in open court that he wished to have Mr. Webber continue as counsel of record. The government had no objection.

Therefore, the Letter/Motion for Reconsideration of Appointment of Counsel **[Doc. 161]** is hereby **Denied as Moot.**

IT IS SO ORDERED.

    s/ C. Clifford Shirley, Jr.
United States Magistrate Judge